UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOPEZ ASUNCION, Nelson David,

                Petitioner,

-against-

ARTETA, Paul, et al.,

                Respondents.

**ORDER**

26-CV-00606 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court, having examined the petition in this action, which Petitioner filed under 28 U.S.C. § 2241, grants Petitioner's motion for an order (Doc. 3) and orders that:

    The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    Within three days of the date of this Order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the petition. Petitioner may file reply papers, if any, within five days from the date he is served with Respondents' response.

    The Clerk of Court is respectfully requested to terminate the motion pending at Doc. 3.

                                      **SO ORDERED:**

Dated:  White Plains, New York
           February 4, 2026

                                      PHILIP M. HALPERN
                                      United States District Judge